DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT WALKER** and **TAMIKO WALKER,**
Appellants,

v.

**U.S. BANK, N.A., ET AL.,**
Appellees.

No. 4D19-1349

[December 12, 2019]

Appeal of non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 2014CA000281 (BC).

Robert Walker and Tamiko Walker, Port Saint Lucie, pro se.

Zachary S. Foster of Quarles & Brady LLP, Tampa, Suzanne M. McLean of Hinden, McLean & Arbeiter, P.A., Davie, and William P. Convey of Shendell & Pollock, P.L., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

MAY, FORST, and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***